MARK E. FERRARIO (CA BAR NO. 104062)
ferrariom@gtlaw.com
NANCY R. AYALA (CA BAR NO. 179357)
ayalan@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:(702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Plaintiff / Counter-Defendant
and Third-Party Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA'S AUTO INSURANCE SERVICES, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERONICA'S SERVICES, INC., a California Corporation,<br><br>　　　　Defendant.<br>_____<br>VERONICA'S SERVICES, INC., a California Corporation,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>VERONICA'S AUTO INSURANCE SERVICES, INC., a California Corporation; ADRIANA'S INSURANCE SERVICES, INC., a California Corporation; LAURA VERONICA GALLARDO, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Counter-Defendant and Third Party Defendants. | Case No. EDCV13-1327 DDP (DTBx)<br><br>Complaint filed: July 29, 2013<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff/Counter-Defendants VERONICA'S AUTO INSURANCE SERVICES INC and VERONICA GALLARDO, and Defendant/Counter-Claimant VERONICA'S SERVCIES INC., by and through their counsel of record, and in accordance with their Settlement Agreement entered into on June 25, 2015, that this matter shall be dismissed in its entirety with prejudice.  Pursuant to the Settlement Agreement, the dismissal of this action is conditioned upon the Court's retention of jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of the Settlement Agreement.

DATED:  July 6, 2015.

**GREENBERG TRAURIG, LLP**

*/s/ Nancy R. Ayala*
NANCY R. AYALA (CA BAR NO. 179357)

*Counsel for Plaintiff / Counter-Defendant and Third-Party Defendants VERONICA'S AUTO INSURANCE SERVICES INC. and VERONICA GALLARDO*

DATED:  July 6, 2015.

**PATEL & ALMEIDA, P.C.**

*/s/ Paulo A. De Almeida*
PAULO A. DE ALMEIDA (CA BAR NO. 279168)

*Counsel for Defendant and Counterclaimant VERONICA'S SERVICES INC.*

STIPULATION OF DISMISSAL WITH PREJUDICE